```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    CRIMINAL NO. 08-27 (JMR/AJB)

UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )    NOTICE TO THE COURT
                                 )    OF POSSIBLE RELATED CASE
      v.                         )
                                 )
NICHOLAS MARTINEZ-RUTIAGA, and   )
                                 )
RANDALL LEE VOIGHT,              )
                                 )
           Defendants.           )
```

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to Case No. 03-cr-00016 because the two cases involve the same Defendant: Randall Lee Voight.

Dated: February 20, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ Jeffrey M. Bryan

BY: JEFFREY M. BRYAN
Assistant U.S. Attorney
Attorney ID No.  0325077