UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-27 JMR/AJB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **POSITION PLEADINGS** |
| RANDALL LEE VOIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, by and through his attorney, respectfully moves the Court for an order extending the time limits under the Local Rules in which correspondence and pleadings with respect to sentencing procedures are due. Mr. Voight's position pleading is currently due July 9, 2008. A one month extension to August 8, 2008 is requested. Counsel started trial before Judge Davis on July 7 and the trial will continue for most of the next the month, and due to the time commitments in preparing that case, it was not possible to complete Mr. Voight's position paper.

This motion is based on all records, files and proceedings herein and the need for additional time to adequately respond to and resolve any difficulties in the presentence investigation.

Dated: July 8, 2008     Respectfully submitted,

*s/Douglas Olson*
DOUGLAS OLSON
Attorney ID No. 169067
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415