```
             UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
             Criminal No. 08-27 (2) (JMR/AJB)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO SEAL** |
| v. ) | |
| ) | |
| RANDALL LEE VOIGHT, ) | |
| ) | |
| Defendant. ) | |

The United States of America, by and through its attorneys Frank J. Magill, Jr., Acting United States Attorney for the District of Minnesota, and Jeffrey M. Bryan, Assistant United States Attorney, hereby moves the Court to seal documents.

Dated: July 15, 2008

                                              Respectfully Submitted,

                                              FRANK J. MAGILL, JR.
                                              Acting United States Attorney

                                              s/ Jeffrey M. Bryan

                                              BY: JEFFREY M. BRYAN
                                              Assistant U.S. Attorney